# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CURTIS L. DOWNING,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:13-cv-01576-JAD-VCF

**ORDER**

    This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for an extension of time in which to file an opposition to the pending motion to dismiss. (Doc. 14). Petitioner seeks a thirty day enlargement of time in which to file his opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file an opposition to the pending motion to dismiss (Doc. 14) is **GRANTED.** Petitioner's opposition shall be filed within **thirty (30) days** from the date of entry of this order.

    Dated this 3rd day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE